| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, December 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>UNCARO, URSULA M. | 2. Court or Organization<br>Nominee: United States<br>District Court, Southern<br>District of Florida | 3. Date of Report<br>11/26/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Nominee: United States District<br>Court, Southern District of Florida | 5. Report Type (check appropriate type)<br>X Nomination, Date 11/26/91<br>__ Initial __ Annual __ Final | 6. Reporting Period<br>01/01/90 -<br>11/01/91 |

| 7. Chambers or Office Address<br>Dade County Courthouse, Room 1500<br>73 W. Flagler Street<br>Miami, Florida 33131 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION        NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions)

Circuit Judge, Eleventh    State of Florida

Judicial Circuit, Dade

County, Florida

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE        PARTIES AND TERMS

[X] NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| | [ ] NONE (No reportable non-investment income) | |
| 01/01/90-11/01/91 | State of Florida (Salary 1989) | $ 83,130.48 |
| 01/01/90-11/01/91 | State of Florida (Salary 1990) | $ 86,135.40 |
| 01/01/90-11/01/91 | State of Florida (01/01/91-11/01/91) | $ 82,952.38 |
| (S) 01/01/90-11/01/91(S) | Cedars of Lebanon Hosp.(Lobbying fee 1991) | $ |
| (S) 01/01/90-11/01/91(S) | Dispatch Services, Inc.(Lobbying fee 1991) | $ |

See Continuation Sheet

Digitized by Google

UNGARO, URSULA M.

CONTINUATION
FINANCIAL DISCLOSURE REPORT

PAGE ONE

III.   NON-INVESTMENT INCOME

(S)   6.   01/01/90 - 11/01/91   National Projects (Lobbying Fee 1990)

(S)   7.   01/01/90 - 11/01/91   National Projects (Lobbying Fee 1991)

(S)   8.   01/01/90 - 11/01/91   WRHC Radio Station (Management Consulting
           Fees)

(S)   9.   01/01/90 - 11/01/91   Regis House (Lobbying Fee 1991)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | UNGARO, URSULA M. | 11/26/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Merrill Lynch | Equity Credit Line | K |
| Finley, Kumble, Wagner et al | | J |
| | | |
| *(S) Internal Revenue Service | | M |
| (* See Part VIII Explanations) | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | UNGARO, URSULA M. | 11/26/91 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for self, "(DC)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | Exempt | If not exempt from disclosure | | | |
| | | | | | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ** ¹ 1/2 mortgage, 695 NE 123 St. N.Miami,FL: Inherited | D | Princ/ Int. | K | R | | | | | |
| ² Lincoln Benefit Life Ins.Co (Annuity) | D | Int/Div | L | T | | | | | |
| ³ Aetna Deferred Compensation Plan | B | Int/Div | J | T | | | | | |
| ⁴ Sun Life Ins. Co. (Annuity) | A | Princ/ Int | J | Paid in Full | | | | | |
| ⁵ Irving Flood Control Distr. (Zero Coupon) | A | None | K | T | | | | | |
| ⁶ Port Everglades (Zero Coupon Tax Free Bond) | A | None | K | T | | | | | |
| ⁷ Hillsborough IDR Bonds | C | Int | A | Redeemed 08/01/91 | | | | | |
| ⁸ CATS Bonds (Gov't Zero Coupon Bonds | D | Gain on sale | A | Sold 02/20/91 | | | | | |
| (S) ⁹ Note Receivable, KOOK Radio Station | E | Int | N | W | | | | | |
| (S) ¹⁰ 12% Equity, KOOK | A | None | O | W | | | | | |
| *** (S) ¹¹ 1/4 Southland Acres, Inc. , Dade County, FL | A | None | J | V | | | | | |
| ¹² | | | | | | | | | |
| ¹³ | | | | | | | | | |
| ¹⁴ | | | | | | | | | |
| ¹⁵ | | | | | | | | | |
| ¹⁶ ** | | | | | | | | | |
| *** See Part VIII Explanations | | | | | | | | | |
| ¹⁷ | | | | | | | | | |
| ¹⁸ | | | | | | | | | |
| ¹⁹ | | | | | | | | | |
| ²⁰ | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | UNGARO, URSULA M. | 11/26/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

See Continuation Sheet

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory\ function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Ursula M. Ungaro_  Date __11/26/91__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

UNGARO, URSULA M.

CONTINUATION
FINANCIAL DISCLOSURE REPORT

VIII:     ADDITIONAL INFORMATION OR EXPLANATIONS

\*     Incurred by spouse prior to marriage to Nominee. Liability, to the extent
ultimately determined, is fully secured by note receivable due from KQQK,
Inc. and payable to spouse of Nominee.

\*\*     Purchase money note and first mortgage in original principal amount of
$110,000 payable in monthly installments with interest at 11.25% per
annum made on February 28, 1988 and ballooning on September 15, 1995.
All payments are current. The reported value is one-half of $97,201.31,
the now outstanding principal balance, because the note and mortgage are
jointly owned by the Reporting Person and Peter C. Ungaro, M.D. (the
Reporting Person's brother). The note and mortgage were acquired by
assignment from the Estate of Ursula M. Ungaro, the Reporting person's
mother, in November, 1988.

\*\*\*     Southland Acres, Inc. owns approximately 135 acres of undeveloped land
in west Dade County, Florida. The United States government, as part of a
program to expand Everglades National Park, has offered to purchase the
land for $450 per acre for a total purchase price of approximately $60,700.
The reported value is one-quarter of $60,700 because the Reporting
Person's spouse is a one-fourth shareholder of the corporate owner. The
remaining shareholders are brothers of the Reporting Person's spouse.

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

URSULA MANCUSI UNGARO

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

As of November 1, 1991

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 2000 | 00 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 52700 | 00 | Notes payable to banks—unsecured | 5000 | 00 |
| Listed securities—add schedule | | | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 5000 | 00 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | 94000 | 00 |
| Real estate owned—add schedule | 325000 | 00 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | 53000 | 00 | Other debts—itemize: | | |
| Autos and other personal property | 10000 | 00 | Finley Kumble Reorganization | 15000 | 00 |
| Cash value—life insurance | | | Volvo Leasing | 18000 | 00 |
| Other assets—itemize: | | | Box Leasing | 18000 | 00 |
| Lincoln Benefit Life Annuity | 78266 | 86 | Merrill Lynch Equity Line | 20000 | 00 |
| Aetna Deferred Compensation | 14907 | 85 | | | |
| 1/4 unit Mt. Blue Ltd. Ptnrs | unknown | | Total liabilities | 175000 | 00 |
| | | | Net worth | 360874 | 71 |
| Total assets | 535874 | 71 | Total liabilities and net worth | 535874 | 71 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | none | | Are any assets pledged? (Add schedule.) | Yes | |
| On leases or contracts | none | | | | |
| Legal Claims | none | | Are you defendant in any suits or legal actions? | No | |
| Provision for Federal Income Tax | none | | | | |
| Other special debt | none | | Have you ever taken bankruptcy? | No | |

Digitized by Google

URSULA MANCUSI UNGARO

FINANCIAL STATEMENT
(As of November 1, 1991)

Schedules:

1.  Real Estate:

    (a) Residence:              1236 Obispo Avenue
                                Coral Gables, Florida
                                Mortgagee: Northern Trust Bank (Miami, Florida)

    (b) Mortgage Receivable:    695 N.E. 123 Street, North Miami, Florida
                                Mortgagor: Walter Barnes and Walter Barnes, Jr.
                                Mortgagees: Ursula M. Ungaro and
                                  Peter C. Ungaro (Brother)

2.  Securities:

    Irving Texas Flood Control District Zero Coupon Bonds:  $32,637.50
    Port Everglades, Fla. Zero Coupon Bonds: $20,062.50

3.  Pledged Assets:

    Only my residence, which secures the first mortgage in favor of Northern Trust
    Bank and the Merrill Lynch Equity Line.

Digitized by Google

612

## FINANCIAL STATEMENT

### NET WORTH

MICHAEL ANGEL BENAGES

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

**As of November 1, 1991**

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax ★ | 53000 | 00 | |
| Due from others ★ | 330000 | 00 | | Other unpaid tax and interest ★ | 235000 | 00 | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | | |
| Real estate owned—add schedule | | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| Net Stock Equity Interest | | | | | | | |
| KOOK ★★ | 681000 | 00 | | | | | |
| | | | | Total liabilities | 288000 | 00 | |
| | | | | Net worth | 723000 | 00 | |
| Total assets | 1011000 | 00 | | Total liabilities and net worth | 1011000 | 00 | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) ★ | Yes | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |

★ Due from KOOK, Inc. This note receivable has been assigned to the IRS to secure the payment of unpaid income taxes (including penalties and interest) to the extent not barred by the statute of limitations, and with respect to Section 6672 penalties to secure whatever liability may be ultimately determined on account thereof. These liabilities were incurred prior to marriage to nominee. Interest is payable quarterly until May 1994 when the note is to be paid in full.

★★ Payable in 1994 or when radio station is sold.

Digitized by Google